SPAULDING et al. v. AMERICAN WOOD-BOARD CO.

(Supreme Court, Appellate Division, First Department. May 1, 1896.)

VENUE IN .CIVIL CASES—RIGHT TO CHANGE.

A defendant is not entitled, as of right, to an order changing the place of trial, unless he has served his answer accompanied by a demand for the change (Code Civ. Proc. § 986) within the time prescribed; and it is immaterial that a default in answering has been opened, or the answer has been received by consent after expiration of the time for answering.

Appeal from special term, New York county.

Action by John F. Spaulding and others against the American Wood-Board Company to foreclose a lien on personal property. From an order denying its motion to change the place of trial, defendant appeals. Affirmed.

Argued before VAN BRUNT, P. J., and WILLIAMS, PATTERSON, O'BRIEN, and INGRAHAM, JJ.

Lewis C. Freeman, for appellant.

Ira Leo Bamberger, for respondents.

PER CURIAM. If there was power and discretion in the special term, then, upon the merits, we think it was properly exercised in denying the motion. It is insisted, however, that the defendant was entitled as of right to the order changing the place of trial. A fatal objection to this claim appears in the fact that it defaulted in serving its answer, and not having made the motion in time, as prescribed by the Code of Civil Procedure (sections 982–984, 986), the defendant was not in a position to insist, as a matter of right, that the place of trial should be changed. Vale v. Railroad, 12 Civ. Proc. R. 103; Taylor v. Smith (Sup.) 11 N. Y. Supp. 29.

We think the order was right, and should be affirmed, with $10 costs and disbursements.